IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALOMON GARCIA,

        Plaintiff,

        v.

ROOSTERS BURGER AND GRILL, LLC., RAY ESCALANTE, and ESTHER ESCALANTE,

        Defendants.
_____/

No. CIV S-09-2305 FCD DAD

ORDER

        On September 14, 2009, defendants Ray and Esther Escalante filed a pro se motion for extension of time to respond to plaintiff's complaint. Defendant Roosters Burger and Grill had not made a proper appearance. In accordance with Local Rule 72-302(c)(21), the case was referred to the undersigned magistrate judge. Three days later, an answer to the complaint was filed by counsel representing all three defendants. The case will now be referred back to the assigned district judge for further proceedings, as provided in the local rule.

        Accordingly, IT IS ORDERED that:

        1. Pursuant to Local Rule 72-302(c)(21), this action is referred back to the assigned district judge for further proceedings, and the docket shall be modified to reflect that this case is not a Pro Se case; and

1

1    2.  All documents hereafter submitted for filing in the case shall bear case number Civ.
S-09-2305 FCD DAD or 2:09-cv-2305 FCD DAD.

DATED: September 30, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\garcia 2305.referback