DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
JAMES B. CARR, ESQ. (SBN 53274)
ISAAC S. STEVENS, ESQ. (SBN 251245)
DAVID D. KING, ESQ. (SBN 252074)
**MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiff

STEVEN BENJAMIN, ESQ. (SBN 176784)
**BENJAMIN LAW OFFICES**
3620 American River Drive, Suite 130
Sacramento, CA 95864
Telephone: (916) 488-3616
Facsimile: (916) 488-6342

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOMON GARCIA, an individual, | **CASE NO. 2:09-cv-2305 FCD DAD** |
| Plaintiff, | REQUEST TO RE-OPEN AND |
| v. | STIPULATION TO DISMISS; **ORDER** |
| | [FRCP 41(a)(1)(A)(ii)] |
| ROOSTERS BURGER AND GRILL, LLC., a limited liability corporation D/B/A ROOSTERS BURGER AND GRILL; RAY ESCALANTE, an individual; ESTHER ESCALANTE, an individual; | |
| Defendants. | |

Plaintiff, SALOMON GARCIA (hereinafter "Plaintiff"), and Defendants ROOSTERS BURGER AND GRILL, LLC., RAY ESCALANTE, and ESTHER ESCALANTE (hereinafter "Defendants"), by and through their respective undersigned counsel, hereby respectfully submit the

following Request and Stipulation:

1. The Plaintiff, SALOMON GARCIA, filed his original complaint in this matter on August 20, 2009.

2. The Plaintiff's Complaint was filed against Defendants ROOSTERS BURGER AND GRILL, LLC, a limited liability company, RAY ESCALANTE, an individual, and ESTHER ESCALANTE, an individual.

3. On February 9, 2010, individual defendants RAY ESCALANTE and ESTHER ESCALANTE filed a Voluntary Petition for Relief under Chapter 13 of Title 11 of the United States Code in the United States Bankruptcy Court, Eastern District of California (Sacramento Division), and a Notice of Automatic Stay with this Court on February 12, 2010.

4. On February 16, 2010, this Court issued a Minute Order staying and administratively closing the instant action, subject to a request that the case may be reopened at the request of the parties.

5. Plaintiff and Defendants request that the above-entitled case be re-opened with the sole purpose of dismissing said case, without prejudice, and with a waiver of attorneys' fees and costs.

NOW THEREFORE, the following is hereby stipulated and agreed upon by the parties:

1. The above-entitled case shall be administratively re-opened and dismissed, pursuant to Fed. Rule of Civ. Proc. 41(a)(1)(A)(ii), without prejudice.

2. The parties waive all attorneys' fees and costs associated with the instant case.

///

///

///

Respectfully Submitted,

Dated: March 12, 2010      **MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN**

　/s/ James B. Carr
JAMES B. CARR
Attorneys for Plaintiff, SALOMON GARCIA

Dated: March 16, 2010      **BENJAMIN LAW OFFICES**

　/s/ Steven Benjamin
STEVEN BENJAMIN
Attorneys for Defendants ROOSTERS BURGER AND GRILL, LLC, RAY ESCALANTE and ESTHER ESCALANTE

**ORDER**

**IT IS SO ORDERED.**

Dated: March 17, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION TO RE-OPEN AND DISMISS         GARCIA v. ROOSTERS BURGER & GRILL, LLC et al.
                                    3                           CASE NO.: 2:09-cv-2305 FCD DAD